IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

ANTHONY CAIRNS,                )
                               )
            Plaintiff,         )
                               )   CIVIL ACTION
vs.                            )
                               )   FILE No. 4:21-CV-00175
AS & I INVESTMENT LLC,         )
                               )
            Defendant.         )

## NOTICE OF SETTLEMENT

Plaintiff, ANTHONY CAIRNS ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, AS & I INVESTMENT LLC.

Plaintiff and Defendant, AS & I INVESTMENT LLC, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 21st day of June, 2021.

        Law Offices of
        THE SCHAPIRO LAW GROUP, P.L.

        /s/ Douglas S. Schapiro
        Douglas S. Schapiro, Esq.
        State Bar No. 54538FL
        The Schapiro Law Group, P.L
        7301-A W. Palmetto Park Rd., #100A
        Boca Raton, FL 33433
        Tel: (561) 807-7388
        Email: schapiro@schapirolawgroup.com

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 21st day of June, 2021.

        /s/ Douglas S. Schapiro
        Douglas S. Schapiro, Esq.
        State Bar No. 54538FL